**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DIANE PARRISH,

        Plaintiff,

vs.                                                       Case No. 3:05-cv-597-J-32MCR

JO ANNE B. BARNHART, Commissioner
of the Social Security Administration,

        Defendant.

_____

**ORDER**[1]

This case is before the Court on Plaintiff's appeal of an administrative decision denying the continuation of her disability and disability insurance benefits under the Social Security Act (Doc. 1). The parties filed briefs and the administrative record and, upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 17) recommending that the Commissioner's decision be reversed and that the case be remanded for further proceedings. The Commissioner did not file any objections to the Report and Recommendation and the time in which to do so has now passed.

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 17), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 17) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Pursuant to sentence four of 42 U.S.C §§405(g) and 1383(c)(3), this case is hereby **REVERSED** and **REMANDED** to the Commissioner of Social Security for reevaluation of plaintiff's claim. Upon remand, the ALJ shall reevaluate plaintiff's complaints of pain and other limitations, consistent with SSR 96-7, and shall, as appropriate, obtain and consider evidence regarding plaintiff's receipt of workers' compensation benefits.

3. The Commissioner is further directed to take such other action as may be necessary to properly resolve this claim.

4. Counsel for the Commissioner is directed to ensure that the ALJ receives a copy of the Magistrate Judge's Report and Recommendation (Doc. 17).

5. The Clerk is hereby directed to enter judgment accordingly and to **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 31st day of July, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record